## FOWLKES *vs.* MEMPHIS & CHARLESTON RAIL-ROAD COMPANY.

[ACTION TO RECOVER DAMAGES FOR DEATH OF SLAVE.]

1. *Amendment of complaint.*—Where the original summons and complaint are in the name of " C. L. F., guardian, of R. H. F.," the complaint cannot be so amended (Code, § 2403) as to make the plaintiff " R. H. F., by his next friend, C. L. F."

APPEAL from the Circuit Court of Madison. Tried before the Hon. S. D. HALE.

This action was brought to recover damages for the loss of a slave, who was run over and killed by the defendant's engine and cars. The summons and complaint were in the name of Cynthia L. Fowlkes, guardian of Ransom H. Fowlkes. The plaintiff asked leave to amend the complaint, so that the suit might run in the name of Ransom H. Fowlkes, by his next friend, Cynthia L. Fowlkes; but the court refused to allow the amendment. This ruling of the court, to which, as the judgment entry recites, the plaintiff excepted, (though there is no bill of exceptions in the record,) is the only matter assigned as error.

S. D. J. MOORE, for appellant.
R. C. BRICKELL, *contra.*

A. J. WALKER, C. J.—In the original summons and complaint, Cynthia L. Fowlkes was the sole plaintiff, and Ransom H. Fowlkes was in no sense a party to the suit. The change proposed would have converted it into the suit of Ransom H. Fowlkes alone. The *prochien amy* of an infant plaintiff is not himself a plaintiff. He is but a species of attorney, who is permitted to act for the infant, so far as to conduct his suit; but his power is comprised within a very narrow compass, as he is not even authorized

to receive the amount which may be recovered by the infant.—See *Isaacs v. Boyd*, 5 Porter, 390 ; *Smith v. Redus*, 9 Ala. 99; *Sutherlin v. Goff*, 5 Porter, 508; *Hooks v. Smith*, 18 Ala. 338. Our previous decisions constrain us to hold, that the amendment proposed—the striking out of the sole plaintiff, and the substitution of another person—was not authorized by the Code.—*Laird v. Moore*, 27 Ala. 326; *Friend v. Oliver*, 27 Ala. 532 ; *Stodder v. Grant & Nickles*, 28 Ala. 419.

Judgment affirmed.

R. W. WALKER, J., not sitting.